**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 91 MAP 2019
EX REL. RONALD B. SCHOCH, JR., :
                                 : Appeal from the Order of the Berks County
         Appellant         : Court of Common Pleas, Civil Division, at
                                 : No. 19-16826 dated September 26, 2019
           v.                 :
                                   :
KEVIN RANSOM, SUPERINTENDENT :
S.C.I. WAYMART; PENNSYLVANIA :
BOARD OF PROBATION AND PAROLE, :
ET AL., :
                                   :
         Appellees         :

## ORDER

**PER CURIAM**

      **AND NOW,** this 6th day of January, 2020, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. §722 (delineating this Court's appellate jurisdiction over final orders of the courts of common pleas); Pa.R.A.P. 341 (defining a final order as one disposing of all claims of all parties).